Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CTP Innovations, LLC  v. Eastman Kodak Company

No. 16-1665

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   CTP Innovations, LLC
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | W. Edward Ramage |
| Law firm: | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. |
| Address: | 211 Commerce Street, Ste. 800 |
| City, State and ZIP: | Nashville, TN 37201 |
| Telephone: | 615-726-5771 |
| Fax #: | 615-744-5771 |
| E-mail address: | Eramage@bakerdonelson.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/04/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/18/16
Date

_W. Edward Ramage_
Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 21, 2016, the foregoing Entry of appearance for W. Edward Ramage as lead counsel for Appellant CTP Innovations, LLC was served in its entirety via U.S. Mail, postage prepaid, upon the following counsel for Petitioner:

>Scott A. McKeown
>OBLON, SPIVAK, MCCLELLAND,
>MAIER & NEUSTADT, LLP.
>1940 Duke Street
>Alexandria, VA 22314
>
>Tel: (703) 412-6297
>Fax: (703) 413-2220

_____
Joshua Tropper
*Counsel for Appellant CTP Innovations, LLC*